DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

RONALD EUGENE GODWIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2645

———————————————

January 9, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.


PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.